# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2017

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

156199(60)

TITAN TRANSPORTATION SERVICES, INC.,
and STEELCASE, INC.,
       Plaintiffs-Appellees,

v

SELECTIVE INSURANCE COMPANY OF
THE SOUTHEAST,
       Defendant-Appellant.
_____/

SC: 156199
COA: 332227
Kent CC: 14-008018-CK

       On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 13, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 18, 2017

                              Clerk